1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO AGUILAR, | CASE NO. 11CV3030-LAB (jma) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| AURORA LOAN SERVICES, LLC., et al., | |
| Defendants. | |

Aguilar defaulted on his home loan, and on December 28, 2011 he filed this lawsuit to prevent Aurora Loan Services from asserting ownership of his home and evicting him from it.  First, the Court denied Aguilar's request for a preliminary injunction.  Second, it declined to enter default against Aurora Loan Services because it appeared Aguilar hadn't effected proper service.  Then, on June 22, Aurora Loan Services filed a motion to dismiss.

Aguilar has failed to oppose the motion.  Under Civil Rule 7.1(f)(3)(c) and Standing Order 4(b), the failure to oppose a motion will be construed as consent to the motion being granted.  The Court therefore **GRANTS** the motion to dismiss.  This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED:  August 1, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11CV3030